IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No: 1:14-cv-22455-RNS

v.

JOAQUIN A. DEL OLMO,

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Chad Van Horn, Esq., and the law firm of Van Horn Law Group, P.A. notifying the Court, Plaintiff and all interested parties of his appearance as counsel for Defendant, JOAQUIN A. DEL OLMO and requests that all papers be served upon undersigned counsel.

Respectfully submitted this 8th day of August, 2014.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have, on this 8th day of August, 2014 served a copy of the foregoing Notice of Appearance on Steven M. Davis, Esq. via email at sdavis@becker-poliakoff.com

    Van Horn Law Group, P.A.
    330 N. Andrews Ave, Suite 450
    Ft. Lauderdale, FL 33301
    (954) 765-3166
    (954) 756-7103 (fax)
    chad@cvhlawgroup.com

By: /s/ Chad T. Van Horn
    Chad Van Horn, Esq.
    Florida Bar No: 064500