IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

                          Case No: 1:14-cv-22455-RNS

v.

**JOAQUIN A. DEL OLMO,**

    **Defendant.**
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

The Defendant, Joaquin A Del Olmo, by and through undersigned counsel, hereby files this Answer and Affirmative Defenses to Plaintiff's Complaint, and states as follows:

## ANSWER

1. The allegations of paragraph 1 are denied.
2. The allegations of paragraph 2 are denied.
3. The allegations of paragraph 3 are denied.
4. The allegations of paragraph 4 are denied.

## FIRST AFFIRMATIVE DEFENSE

5. The Defendant states that all calculations and sums alleged by the Plaintiff are subject to an accounting and correction by the Court. The Plaintiff and or its prior servicing agents have received payments that were not applied to the account properly.

## SECOND AFFIRMATIVE DEFENSE

6. The claim of the Plaintiff is barred by the doctrine of laches. Defendant allegedly defaulted on the subject loan in 1993, more than 20 years ago. It is inequitable for the

Plaintiff to maintain this suit and judgment should be entered for the Defendant.

### THIRD AFFIRMATIVE DEFENSE

7. The Plaintiff lacks standing to bring this action. The Certificate of Indebtedness alleges that the Defendant executed a promissory note payable to Citibank. A copy of the note is not attached. Nor is there any document evidencing the legal standing of the Plaintiff to bring this action. The suit should be dismissed.

### FOURTH AFFIRMATIVE DEFENSE

8. The Plaintiff has failed to state a claim upon which relief can be granted for two reasons. The suit should be dismissed pursuant to Fed. R. Civ. P. 12(b). First, there is no copy of the note attached, the basis of the entire suit. Secondly, the alleged note was payable to Citibank and the payment guaranteed by Higher Education Assistance Foundation. The Plaintiff has not attached any documents evidencing its legal standing to bring this suit.

Respectfully submitted this 27th day of August, 2014.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have, on this 27th day of August, 2014 served a copy of the foregoing Answer and New Matter on Steven M. Davis, Esq. via email at sdavis@becker-poliakoff.com

> Van Horn Law Group, P.A.
> 330 N. Andrews Ave, Suite 450
> Ft. Lauderdale, FL 33301
> (954) 765-3166
> (954) 756-7103 (fax)
> chad@cvhlawgroup.com
>
> By: /s/ Chad T. Van Horn
> Chad Van Horn, Esq.
> Florida Bar No: 064500