UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CV-22455-RNS

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )
vs.                             )
                                )
JOAQUIN A DEL OLMO,             )
                                )
              Defendant.        )
_____ )

## FINAL CONSENT JUDGMENT

Plaintiff, the United States of America, having filed its Complaint herein, and the Defendant, Joaquin A. Del Olmo, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the Complaint filed herein.

3. The defendant hereby agrees to the entry of a judgment in the sum of $88,506.75 (principal of $5,426.28, interest in the amount of $8,211.21 at the variable rate of 4.20% per annum for Account No. 2003B00105 and principal of $26,077.81, interest in the amount of $48,794.45 at the rate of 8.00% per annum for Account No. 2003A96012); plus a Fee for Service and Travel, per 28 U.S.C § 1921 of $50.00 and Attorney's fees of $2,160.00 from April 7, 2015 through the date of judgment and interest at the legal rate thereafter until paid in full.

4. The Defendant shall keep the United States currently informed in writing of any material change in his financial situation or ability to pay, and of any change in his employment, place of residence or telephone number. Defendant shall provide such information to Steven M.

CASE NO.: 14-CV-22455-RNS

Davis, Esq., at 121 Alhambra Plaza, Alhambra Towers, 10th Floor, Coral Gables, FL 33134 and U.S. Department of Education 50 Beale St., Suite 8601 San Francisco, CA 94105.

Respectfully submitted,

Date: 4-7-15

_____
Steven M. Davis, Esq.
Becker & Poliakoff, P.A.
Attorney for Plaintiff
121 Alhambra Plaza
Alhambra Towers - 10th Floor
Coral Gables, FL 33134
Tel: (305) 262-4433
Fax: (305) 442-2232

Date: 4-7-15

_____
Joaquin A. Del Olmo
3260 South West 142 Court
Miami, FL 33175

Date: 4/7/15

_____
Matthew Moore, Esq.
Van Horn Law Group, P.A.
Attorney for Defendant
330 N. Andrews Ave. Suit 450
Fort Lauderdale, FL 33301
Phone: (954) 865 - 3166
Fax: (954-765-3166

**Done and ordered** in chambers, on April 15, 2015.

_____
Robert N. Scola, Jr.
United States District Judge